ASH

# IN THE UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF ARIZONA

Jose Oscar Eduardo Lorta-Lucero,

Petitioner,

v.

Kevin Bourne, et al.,

Respondents.

No.   CV-26-02350-PHX-CKJ (MTM)

**ORDER**

Petitioner filed this action under 28 U.S.C. § 2241 challenging his immigration detention.  (Doc. 1.)[1]

Petitioner is a native of Mexico.  It is not clear when or how he entered the United States, or how long he has resided here.  Petitioner states that he has been in immigration detention since March 2, 2025.

Petitioner raises three, interrelated grounds for relief, all alleging that he is—broadly speaking—improperly detained.  The Court will thus require Respondents to answer the Petition.  In their Answer, Respondents are directed to clarify the present basis for Petitioner's detention, address whether Petitioner's was previously released on parole, and if so, whether that release created a liberty interest in his release, and, if Petitioner is detained pursuant to § 1226(a), address why she has not been provided a bond hearing.  *See Echevarria v. Bondi*, CV-25-03252-PHX-DWL (ESW), 2025 WL 2821282 (D. Ariz.

---

[1] Petitioner has also filed a Motion for Appointment of Counsel.  (Doc. 2).  The Court does not find appointment warranted and this time, and the Motion will thus be denied without prejudice.  18 U.S.C. § 3006A(a)(2)(B).

2025).  Any answer must be supported by documentary evidence including, if applicable, affidavits by individuals with personal knowledge of the factual statements made therein and signed under penalty of perjury.

**IT IS ORDERED:**

(1)    Warden Luis Rosa, Jr. is **substituted** as Respondent for the Florence Correctional Center.

(2)    Petitioner's Motion for Appointment of Counsel (Doc. 2) is **denied without prejudice**.

(3)    The Clerk of Court must serve a copy of the Summons, the Petition (Doc. 1) and this Order upon the United States Attorney for the District of Arizona by certified mail addressed to the civil process clerk at the office of the United States Attorney pursuant to Rule 4(i)(1)(A) of the Federal Rules of Civil Procedure.  The Clerk of Court must also send by certified mail a copy of the Summons, the Petition, and this Order to the United States Attorney General pursuant to Rule 4(i)(1)(B) and to Respondents pursuant to Rule 4(i)(2) of the Federal Rules of Civil Procedure.

(4)    The Clerk of Court must immediately transmit by email a copy of this Order and the Petition to the United States Attorney for the District of Arizona, to the attention of Melissa Kroeger at melissa.kroeger@usdoj.gov, Lon Leavitt at lon.leavitt@usdoj.gov, Theo Nickerson at Theo.Nickerson2@usdoj.gov, Dina Anagnopoulos at Dina.Anagnopoulos@usdoj.gov, and Mary Finlon at Mary.Finlon@usdoj.gov.

(5)    Respondents must answer the Petition within **20 days** of the date of service. Respondents shall not file a dispositive motion in place of an answer without first showing cause as to why an answer is inadequate.

(6)    Regarding courtesy copies of documents for chambers, Respondents are directed to review Section II(D) of the Court's Electronic Case Filing Administrative Policies and Procedures Manual, which requires that "a courtesy copy of the filing, referencing the specific document number, shall be printed directly from CM/ECF." CM/ECF Admin. Man. § II(D)(3) (emphasis added).  *See* http://www.azd.uscourts.gov/

sites/default/files/documents/adm%20manual.pdf.

(7)    Petitioner may file a reply within **10 days** from the date of service of the answer.

(8)    This matter is referred to Magistrate Judge Michael T. Morrissey pursuant to Rules 72.1 and 72.2 of the Local Rules of Civil Procedure for further proceedings and a report and recommendation.

Dated this 10th day of April, 2026.

_____
Honorable Cindy K. Jorgenson
United States District Judge